1  BENJAMIN B. WAGNER 
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099



MAR 14 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
7  United States of America

8             IN THE UNITED STATES DISTRICT COURT
9
10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 IN THE MATTER OF THE SEARCH OF

12 Information associated with              Case No.   1:14 SW 00042 SKO

13 (1) zencensejway@gmail.com
   (2) bio.tnew@gmail.com
14                                          **Filed Under Seal**
15 that is stored at premises controlled by Google,
   Inc. (Gmail)

16                              **ORDER**

17     The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that
18 the Court issue an Order commanding Google, Inc., a provider of a communication service and/or a
19
20 remote computing service, not to notify any person (including the subscribers and customers of the
21 accounts listed in the warrant) of the existence of the attached warrant until further order of the Court.

22     The Court determines that there is reason to believe that notification of the existence of the
23 attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to
24 flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or
25
26 endanger the life or physical safety of witnesses or investigative agents. *See* 18 U.S.C. § 2705(b).

27
28 ORDER                                     1

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached warrants, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Google, Inc. may disclose the attached warrants to an attorney for its organization for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

March 13, 2014
Date

SHEILA K. OBERTO
United States Magistrate Judge

ORDER            2