BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Applicant
UNITED STATES OF AMERICA

SEALED

FILED
MAR 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | No. |
|---|---|
| Information associated with | [PROPOSED] ORDER |
| (1) zencensejway@gmail.com<br>(2) bio.tnew@gmail.com | (UNDER SEAL) |
| that is stored at premises controlled by Google, Inc. (Gmail). | 1:14 SW 00042 SKO |

For good cause shown, IT IS HEREBY ORDERED THAT:

The search warrant and supporting affidavit in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of KAREN A. ESCOBAR, and this court's sealing order, be kept under seal until further order of the court. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

DATED March 14, 2014

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE