

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MAY 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS AND SEARCH WARRANTS | CASE NOS. 1:14-SW-00009 SKO<br>1:14-SW-00042 SKO<br><br>[PROPOSED] ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants and search warrant applications and affidavits underlying the search warrants in the above-entitled proceeding shall be unsealed.

Dated: 5/16/14

_____
GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

UNSEALING ORDER

1